IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN MICHAEL BALL, | CV 24–97–BLG–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TRACEY SUMMIT and LT. BAILEY, | |
| Defendants. | |

Plaintiff Shawn Michael Ball has filed a civil rights complaint under 42 U.S.C. § 1983, alleging his First Amendment right to religious exercise is being violated at the Yellowstone County Detention Facility based on its failure to provide proper kosher meals. (*See* Docs. 8, 9.) Defendants answered on January 7, 2025, (*see* Docs. 21, 22), and a scheduling order was entered on January 9, 2025, (*see* Doc. 23). Subsequently, but prior to these documents being mailed to Ball, Ball filed a second conclusory motion for summary judgment. (Doc. 24.) He does not produce any evidence to "show[] that there is no genuine dispute as to any material fact" and that he "entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Because Defendants have answered and Ball has not carried his burden under Rule 56 of the Federal Rules of Civil Procedure,

IT IS ORDERED that Ball's motion for summary judgment (Doc. 24) is DENIED.

DATED this 24th day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court