IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN MICHAEL BALL,<br><br>Plaintiff,<br><br>vs.<br><br>TRACEY SUMMIT and LT. BAILEY,<br><br>Defendants. | CV 24–97–BLG–DWM<br><br><br><br>ORDER |

Plaintiff Shawn Michael Ball has filed a civil rights complaint under 42 U.S.C. § 1983, alleging his First Amendment right to religious exercise is being violated at the Yellowstone County Detention Facility based on its failure to provide proper kosher meals. (*See* Docs. 8, 9.) Defendants answered on January 7, 2025, (*see* Docs. 21, 22), and a scheduling order was entered on January 9, 2025, (*see* Doc. 23). Ball filed another conclusory motion for summary judgment. (Doc. 39.) He does not produce any evidence to "show[] that there is no genuine dispute as to any material fact" and that he "entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Nor has he filed the requisite Statement of Undisputed Facts. *See* D. Mont. L.R. 56.1. Because Ball has not carried his burden under Rule 56 of the Federal Rules of Civil Procedure,

1

IT IS ORDERED that Ball's motion for summary judgment (Doc. 39) is DENIED.

DATED this 26th day of August, 2025.

_____
Donald W. Molloy, District Judge
United States District Court